# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **MICHAEL LAWRENCE WARREN,** § § § **Plaintiff,** § § **v.** § § **GEORGIA DEPARTMENT OF** § **COMMUNITY SUPERVISION, COLLIN** § **COUNTY DETENTION CENTER,** § **DALLAS COUNTY AND DENTON** § **COUNTY,** § § **Defendants.** § | **Civil No.: 4:20-cv-00247-SDJ-KPJ** |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 2, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #24) that Collin County Detention Center's Motion to Dismiss for Want of Prosecution for Plaintiff's Failure to Provide Current Mailing Address to Court (the "Motion") (Dkt. #13) be granted and, further, that the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Collin County Detention Center's Motion to Dismiss for Want of Prosecution for Plaintiff's Failure to Provide Current Mailing Address to Court (Dkt. #13) is **GRANTED**.

Additionally, pursuant to Rule 41(b), the Court finds that the case should be dismissed for failure to prosecute.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 24th day of March, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE